# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 0 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Jose Antonio Diaz )<br>) | Case No. 1:06-CR-00185-002 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jose Antonio Diaz_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify electronic monitoring in the following manner: Participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring. **CURFEW:** You are restricted to your residence everyday from 10:00 p.m. to 5:00 a.m. as directed by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____/s/ Jose Diaz_____   2/5/07         _____/s/_____   2/5/2007
Signature of Defendant    Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____/s/_____                                   2/8/07
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____/s/_____                                   2/7/07
Signature of Defense Counsel                         Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _2/9/07_
☐ The above modification of conditions of release is *not* ordered.

_____/s/_____                                   2/9/07
Signature of Judicial Officer                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services