1  **DALE A. BLICKENSTAFF** - #40681
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, JOSE DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00185 LJO |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY; ORDER THEREON |
| v. | ) | |
| JOSE DIAZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

JOSE DIAZ, by and through his attorney of record, DALE A. BLICKENSTAFF, hereby requests an order exonerating the property bond and for reconveyance of real property in this action.

On July 27, 2006, Honorable Sandra M. Snyder, U.S. Magistrate Judge, ordered Jose Diaz released from custody on a $150,000.00 property bond. Real property owned by Jose Diaz and Rosario Diaz was to be posted as collateral for the property bond. On July 31, 2007, a certified copy of the deed of trust (Stanislaus County document # 2006-0107085-00), and a promissory note in the amount of $150,000.00 were filed as received by the court.

On June 22, 2007, the Court sentenced Mr. Diaz to the custody of the United States Bureau of Prisons for a total term of 120 months as to Count 4 of the indictment. All other relevant counts as to Mr. Diaz were dismissed by the government.

//

**Defendant's Application for Exoneration of Property Bond and Reconveyance of Real Property, Case No. 1:06-cr-00185**

Since Mr. Diaz has been sentenced and is in the custody of the Federal Bureau of Prisons, it is respectfully requested that the property bond on this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Jose Diaz and Rosario Diaz.

Dated:  June 26, 2007                                  Respectfully submitted,

                                                        /s/ Dale A. Blickenstaff
                                                      DALE A. BLICKENSTAFF
                                                      Attorney for Defendant, JOSE DIAZ

ORDER

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Jose Diaz and Rosario Diaz. In addition, the Government has no objection to the issuance of this order.

IT IS SO ORDERED.

**Dated:     July 5, 2007**                                   **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE