# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Jose Diaz                **Docket Number:**  0972 1:06CR00185-02

**Name of Judicial Officer**:   Honorable Lawrence J. O'Neill, Chief United States District Judge

**Date of Original Sentence:**   6/22/2007

**Original Offense:** 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (Class A Felony)

**Original Sentence:** 120 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment; Mandatory drug testing; Firearms restriction; DNA collection.

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Pager/Cellular Phone Restriction
Aftercare Co-payment
Drug Registration
Gang Associations
Cognitive Behavioral Treatment
Moral Reconation Therapy

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**   10/20/2014

**Other Court Actions:**

**06/24/2016:**   Prob 12A Petition submitted, notifying the Court of the offender's use of marijuana, which he admitted. The offender was counseled and no further action was requested. The Court agreed with the probation officer's recommendation.

**10/24/2016:**   Prob 12B Petition filed, notifying the Court of the offender's use of marijuana. The Court agreed with the Probation Officer's recommendation for added conditions of release including cognitive behavioral treatment and moral reconation therapy.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

10. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

11. The defendant shall complete 40 hours of unpaid community service as directed by the probation officer.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.  Community service shall be completed by July 1, 2017.

**Justification:**  This notification follows two prior reports in which the Court was informed of Mr. Diaz's use of marijuana.  The first violation petition recommended no further action while our second report requested additional conditions to assist Mr. Diaz in addressing his drug use.

This report is to advise the Court of new violation conduct.  Specifically, on December 24, 2016, Mr. Diaz was cited by the California Highway Patrol for a violation of California Vehicle Code Section 23152(a)(b) - Driving Under the Influence of Alcohol (DUI).  His initial appearance in the Stanislaus County Superior Court is scheduled on March 7, 2017.  A review of the police report indicates Mr. Diaz was stopped by law enforcement at 4:46 a.m. and subsequently provided two breathalyzer samples which resulted in a .12% and .13% Blood Alcohol Content (BAC).

Mr. Diaz subsequently reported to the Probation Office as directed to discuss the violation behaviors.  He explained that on December 24, 2016, he and some friends went to a bar in downtown Modesto where he consumed approximately six beers.  They left the bar and picked up a 12-pack of beer on their way to a friend's home where he continued to drink.  Mr. Diaz stated that he had thought he was "o.k. to drive."

Following his last violation report to the Court, Mr. Diaz was referred to and has been attending Cognitive Behavioral Treatment.  At the time and as requested by the Probation Officer, the Court ordered Mr. Diaz to participate in Moral Reconation Therapy (MRT).  However, services were not available in Mr. Diaz's home town.  Complicating this referral is his now suspended license.  Since his DUI arrest, Mr. Diaz has been referred to a new local MRT Program and has been attending regularly.

The undersigned is concerned about Mr. Diaz's ongoing violation conduct.  However, he presents as motivated to change his behaviors and has resumed living with his parents.  Further, he is considering attending barber school to pursue a career in that field.  The undersigned believes the additional conditions of supervised release recommended above are necessary.  These conditions have been discussed with Mr. Diaz, and he agreed to the modification.  The undersigned has impressed upon Mr. Diaz the serious nature of these violation behaviors, and he has been informed that any further violation conduct will result in formal Court proceedings.

Respectfully submitted,

*/s/ Laura Weigel*

**Laura Weigel**
**Sr. United States Probation Officer**
Telephone: 209-549-2817

**DATED:** 3/3/2017

Reviewed by,

_____ for

**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☒ Other:  Any further violations will result in a formal petition.

IT IS SO ORDERED.

Dated:  **March 4, 2017**         _____*/s/ Lawrence J. O'Neill*_____
                                  UNITED STATES CHIEF DISTRICT JUDGE

cc:     United States Probation

        Assistant United States Attorney:  Kathleen Servatius

        Defense Counsel:  Dale A. Blickenstaff