# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**   Jose Diaz                                          **Docket Number:**   0972 1:06CR00185-02

**Name of Judicial Officer**:   Honorable Lawrence J. O'Neill, Chief United States District Judge

**Date of Original Sentence:**   6/22/2007

**Original Offense:** 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (Class A Felony)

**Original Sentence:** 120 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment; Mandatory drug testing; Firearms restriction; DNA collection.

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Pager/Cellular Phone Restriction
Aftercare Co-payment
Drug Registration
Gang Associations
Cognitive Behavioral Treatment
Moral Reconation Therapy
Abstain From Alcohol Use
Community Service

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   10/20/2014

**Other Court Actions:**

**06/24/2016:**   Prob 12A Petition submitted, notifying the Court of the offender's use of marijuana, which he admitted. The offender was counseled and no further action was requested. The Court agreed with the probation officer's recommendation.

PROB 12C
(07/13)

RE: **Jose Diaz**                                              **Docket Number:** 0972 1:06CR00185-02

**10/24/2016:**   Prob 12B Petition filed, notifying the Court of the offender's use of marijuana.  The Court agreed with the Probation Officer's recommendation for added conditions of release including cognitive behavioral treatment and moral reconation therapy.

**03/06/2017:**   Prob 12B Petition filed, notifying the Court of the offender's DUI arrest.  The Court agreed with the Probation Officer's recommendation for added conditions including alcohol abstinence and community service.  The Court noted that any further violation conduct will result in a formal petition.

## PETITIONING THE COURT

☒ **OTHER:** The matter be placed on calendar before the Duty Magistrate Judge for October 26, 2017, at 2:00 p.m.  The probation officer is directed to notify the offender and defense counsel of said hearing.

The probation officer alleges the offender has violated the following conditions(s) of supervision:

| **Charge Number** | **Nature of Violation** |
|---|---|
| 1 | NEW LAW VIOLATION |

On September 23, 2017, Modesto Police Officers responded to a call from the El Chachon Bar located in Modesto in which a firearm was brandished.  According to the victim, Mr. Diaz lifted his shirt exposing a firearm in his waistband.  He also pushed the victim causing her to fall.  This conduct was in violation of California Penal Code (CAPC) 664/207(a) - Kidnapping and CAPC 242 - Battery.  Both of which are a violation of the Mandatory Condition which states, *"The defendant shall not commit a new federal, state or local law."*

| **Charge Number** | **Nature of Violation** |
|---|---|
| 2 | FREQUENTING A PLACE WHERE ALCOHOL IS THE CHIEF ITEM OF SALE |

Modesto Police Department Report Number MP17-097271 indicates that while being questioned, Mr. Diaz stated that prior to being at the El Chacon Bar he was at the Palladium Night Club, both of which are local bars.  This conduct is in violation of Special Condition Number 10 which states, *"The defendant shall abstain from the use of alcoholic beverages and shall not frequent places where alcohol is the chief item of sale."*

**Justification:** On September 23, 2017, Modesto Police Officers responded to a call for service at the El Chacon Bar located in Modesto on reports of a fight with a firearm being brandished.  Officers contacted a victim who appeared to be under the influence and reported she was a bartender for the El Chacon Bar where she met Mr. Diaz.  While dancing, she indicated that Mr. Diaz had touched her inappropriately, so they left the dance floor and went outside.  According to the victim, Mr. Diaz repeatedly asked her to go

RE: **Jose Diaz**                                                                                   **Docket Number: 0972 1:06CR00185-02**

home with him.  After refusing his advances, he lifted his shirt exposing a firearm in his waistband.  The victim expressed fear for her life and when she refused him again, Mr. Diaz pushed her causing her to fall **(Charge 1).**

Modesto Police Department Officers arrested Mr. Diaz and he was booked into the Stanislaus County Jail on two charges: California Penal Code (CAPC) 664/207(a) - -Kidnapping and CAPC 242 - Battery.

However, the Stanislaus County District Attorney's Office only filed a misdemeanor charge of Battery under Docket Number 4016620.  The matter is set for arraignment on October 23, 2017.  Mr. Diaz posted bail and contacted the Probation Officer.

A review of Modesto Police Department Report Number MP17-097271 indicates that Mr. Diaz was questioned by officers and stated that prior to going to the El Chacon Bar, he had been at the Palladium Night Club, both of which are locations where alcohol is the chief item for sale **(Charge 2).**

**Detention:** Since his arrest on September 23, 2017, Mr. Diaz has maintained contact with the Probation Officer and does not appear to be a flight risk.  Although the victim alleged the brandishing of a weapon, officers searched the surrounding area including Mr. Diaz, and no weapon was found in his possession.  Under the circumstances, it is difficult to summarize that Mr. Diaz is a danger to the community.  However, his behavior is concerning.  Therefore, the probation officer believes Mr. Diaz should appear before the Court to show cause why his term of Supervised Release should not be revoked.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**       **October 18, 2017**
                                    **Modesto, California**

Respectfully submitted,

*/s/ Laura Weigel*

**Laura Weigel**
**United States Probation Officer**
Telephone: (209) 549-2817

**DATED:**   10/18/2017

Reviewed by,

*/s/ Brenda Barron-Harrell*

**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

RE: **Jose Diaz**                                       Docket Number: 0972 1:06CR00185-02

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a warrant.

☐ The issuance of a summons.

☒ Other:  The matter be placed on calendar before the Duty Magistrate Judge for October 26, 2017, at 2:00 p.m.  The probation officer is directed to notify the offender and defense counsel of said hearing.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.


IT IS SO ORDERED.

   Dated:  **October 18, 2017**            /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE


cc:     United States Probation

        Assistant United States Attorney: Kathleen Servatius

        Defense Counsel:  Dale Blickenstaff

RE: **Jose Diaz**                                                       **Docket Number:** 0972 1:06CR00185-02

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Lawrence J. O'Neill
Chief United States District Judge
Fresno, California

                                       RE:    Diaz, Jose
                                                 **Docket Number:** 0972 1:06CR00185-02

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1**      **NEW LAW VIOLATION**

    **A. Evidence:**

        (1) Modesto Police Department Report Number MP17-097271 will confirm the arrest of Jose Antonio Diaz on September 23, 2017, for charges of CAPC Section 664/207(a) - Kidnapping and CAPC 242 - Battery.

    **B. Witnesses:**

        (1) Officers from the Modesto Police Department will testify as to the events that occurred on September 23, 2017.

RE: **Jose Diaz**                                                                 Docket Number: **0972 1:06CR00185-02**

**Charge 2**     **FREQUENTING A PLACE WHERE ALCOHOL IS THE CHIEF ITEM OF SALE**

    **A. Evidence:**

        (1) Modesto Police Department Report Number MP17-097271 will provide the comments made by Jose Antonio Diaz in which he admits to officers that he had been at both the Palladium Night Club and the El Chacon Bar.

    **A. Witnesses:**

        (1) Officers from the Modesto Police Department will testify as to Mr. Diaz's statements on September 23, 2017.

Respectfully submitted,

*/s/ Laura Weigel*

**Laura Weigel**
**United States Probation Officer**
Telephone: (209) 549-2817

**DATED:**   10/18/2017
             Modesto, California

Reviewed by,

*/s/ Brenda Barron-Harrell*

**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

RE: **Jose Diaz**                                    **Docket Number: 0972 1:06CR00185-02**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**  Jose Diaz            **Docket Number:**   0972 1:06CR00185-02

**Date of Original Offense:**   06/06/2005

**Original term of supervised release imposed:** 5 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of offender:** III

**Original guideline range:** 168 **to** 210 **months.**

**Chapter 7 range of imprisonment:** 30 **to** 37 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒      **Class A felony - 5 years**

**Violation requires mandatory revocation:  YES:** ☐    **NO:** ☒

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.