| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DIAZ,<br><br>Defendant. | | **CASE NO. 1:06-CR-00185 LJO-SKO**<br><br>**STIPULATION TO CONTINUE CONTESTED HEARING AND ORDER THEREON**<br><br>Date: November 13, 2017<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jose Diaz, by and through his attorney, Michael Berdinella, hereby stipulate to continue the contested hearing on the violation of supervised release for this defendant November 13, 2017 until December 11, 2017 at 10:00 a.m. The reason for this request is to permit the parties to obtain the necessary reports from the local enforcement agency regarding the events alleged in the violation petition.

Dated: November 8, 2017

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Stipulation to Continue Sentence and Order Thereon

1

Dated: November 8, 2017        /s/ *Michael W. Berdinella*
                               Attorneys for Jose Diaz

IT IS SO ORDERED.

   Dated:  **November 8, 2017**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE

Stipulation to Continue Sentence and Order Thereon

2