UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOSE DIAZ,<br><br>                    Defendant. | No.  1:06-CR-00185-NONE<br><br><u>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE</u><br><br>(Doc. No. 104) |

   Defendant Jose Diaz currently is serving a forty-nine-month term of supervised release in connection with a prior supervised release violation.  (Doc. No. 103.)  On August 18, 2020, approximately one year into his present term of supervision, defendant requested early termination of supervised release.  (Doc. No. 104.)[1]  The United States opposes the request.  (Doc. No. 106.)

/////

/////

/////

/////

/////

---

[1] As of the date of this order, defendant is only approximately sixteen months into his term of supervision.

1

Having reviewed defendant's request in light of the entire record, the court **DENIES** the request for the reasons given in the government's opposition. Although the absence of recent violations is commendable, defendant's violation history leads the court to conclude that continued supervision is warranted. This denial is without prejudice to a renewed request after a more substantial period of supervision has elapsed. To the extent defendant is inclined to renew his request in the future, the court notes that it gives considerable weight to whether or not the supervising probation officer supports early termination of supervised release.

IT IS SO ORDERED.

Dated:   **November 16, 2020**

UNITED STATES DISTRICT JUDGE